**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CHRISTOPHER JEROME BENTON,**
**Plaintiff,**

**vs.** **Case No.: 3:26cv3766/MCR/ZCB**

**SGT. FISHER, et al.,**
**Defendants.**
_______________________/

# ORDER

The magistrate judge issued a Report and Recommendation dated May 13, 2026. ECF No. 4. The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 4) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** under the Court's inherent power to manage its docket and enforce the Local Rules, based on Plaintiff's failure to truthfully disclose his litigation history.

3. All pending motions are **DENIED as moot.**

4. The Clerk of Court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**